**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| FLIGHTAWARE LLC,<br><br>                     Plaintiff,<br><br>     - against -<br><br>KALSHI INC., KALSHIEX LLC, KALSHI KLEAR<br>INC., and KALSHI KLEAR LLC,<br><br>                     Defendants. | Case No.: 1:26-cv-06824 |

## <u>ORDER TO SHOW CAUSE FOR A TEMPORARY RESTRAINING ORDER</u>

Upon the application of Plaintiff FlightAware LLC in its Motion by Order to Show Cause for a Temporary Restraining Order, and upon consideration of the Declaration of Ian Galloway dated August 10, 2026 and the exhibits annexed thereto, the Declaration of William A. Maher dated August 10, 2026 and the exhibits annexed thereto, the accompanying memorandum of law, and all other related papers and proceedings, and for good cause shown, it is hereby:

**ORDERED**, that Defendants show cause on **August 13, 2026, at 12:00 p.m.**, before the Honorable Arun Subramanian, at the U.S. Courthouse, 500 Pearl Street, New York, NY 10007, Courtroom 15A, why an order should not be issued pursuant to Federal Rule of Civil Procedure 65 temporarily restraining Defendants and their officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them from:

a. using Plaintiff's data in connection with any betting, wagering, gambling, prediction market, event contract, or similar platform or product that enables participants to place,

trade, or settle positions based on the occurrence or outcome of future events, including but not limited to markets relating to the cancellation, delay, or timeliness of flights; and

b. using the FlightAware mark in connection with any betting, wagering, gambling, prediction market, event contract, or similar platform or product, including but not limited to on any webpage, advertisement, or communication that solicits, describes, verifies, settles, or resolves bets, wagers, event contracts, or positions; and it is further

**ORDERED**, that Defendants shall serve a copy of their opposition papers, if any, by electronic filing using the Court's ECF system no later than **August 12, 2026**; and it is further

**ORDERED**, that Plaintiff shall serve a copy of its reply papers, if any, by electronic filing using the Court's ECF system no later than **August 13, 2026, by 9:00 a.m.**; and it is further

**ORDERED**, that service of a copy of this Order and the papers upon which it is granted, shall be deemed good and sufficient service if made by electronic mail to Defendants' counsel, on or before **August 11, 2026**.

Dated: August 11, 2026
      New York, New York

If the parties, after meeting and conferring, agree upon an alternative schedule for these proceedings, they can inform the Court.

**SO ORDERED:**

_____

ARUN SUBRAMANIAN
United States District Judge