**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| FLIGHTAWARE LLC,<br><br>     Plaintiff,<br><br> - against -<br><br>KALSHI INC., KALSHIEX LLC, KALSHI KLEAR INC., and KALSHI KLEAR LLC,<br><br>     Defendants. | Case No.: 1:26-cv-06824<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff FlightAware LLC, by and through its undersigned attorneys, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against all Defendants.

Dated: August 11, 2026      Respectfully submitted,
New York, New York

             */s/ William A. Maher*
             William A. Maher
             Justin T. Zimnoch
             **WOLLMUTH MAHER & DEUTSCH LLP**
             500 Fifth Avenue
             New York, NY 10110
             (212) 382-3300
             wmaher@wmd-law.com
             jzimnoch@wmd-law.com

             Jason L. Peltz (*Pro Hac Vice* Forthcoming)
             Asha L.I. Spencer (*Pro Hac Vice* Forthcoming)
             Rachel E. Smith (*Pro Hac Vice* Forthcoming)
             **BARTLIT BECK LLP**
             54 W. Hubbard Street, Suite 300
             Chicago, IL 60654
             (312) 494-4400
             jason.peltz@bartlitbeck.com
             asha.spencer@bartlitbeck.com
             rachel.smith@bartlitbeck.com

2

Giovanni J. Sanchez (*Pro Hac Vice* Forthcoming)
**BARTLIT BECK LLP**
1801 Wewatta St., Suite 1200
Denver, CO 80202
(303) 592-3100
giovanni.sanchez@bartlitbeck.com

*Attorneys for FlightAware LLC*

2