AO 120 (Rev. 08/10)

| TO: Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _for the Southern District of New York_ on the following

☑ Trademarks or    ☐ Patents.    ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>1:26-cv-06824 | DATE FILED<br>8/10/2026 | U.S. DISTRICT COURT<br>for the Southern District of New York |
|---|---|---|
| **PLAINTIFF**<br><br>FlightAware LLC | | **DEFENDANT**<br><br>Kalshi Inc., KalshiEx LLC, Kalshi Klear Inc., and Kalshi Klear LLC |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 3,222,789 | 5/31/2006 | FlightAware LLC |
| 2 | 6,105,770 | 7/21/2020 | FlightAware LLC |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | |
|---|---|---|---|
| | ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | | |
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>Tammi M. Hellwig | (BY) DEPUTY CLERK<br>/s/ T. Pisarczyk | DATE<br>08 / 12 / 2026 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FLIGHTAWARE LLC,<br><br>                    Plaintiff,<br><br>      - against -<br><br>KALSHI INC., KALSHIEX LLC, KALSHI KLEAR INC., and KALSHI KLEAR LLC,<br><br>                    Defendants. | Case No.: 1:26-cv-06824<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff FlightAware LLC, by and through its undersigned attorneys, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against all Defendants.

Dated: August 11, 2026
New York, New York

Respectfully submitted,

*/s/ William A. Maher*
William A. Maher
Justin T. Zimnoch
**WOLLMUTH MAHER & DEUTSCH LLP**
500 Fifth Avenue
New York, NY 10110
(212) 382-3300
wmaher@wmd-law.com
jzimnoch@wmd-law.com

Jason L. Peltz (*Pro Hac Vice* Forthcoming)
Asha L.I. Spencer (*Pro Hac Vice* Forthcoming)
Rachel E. Smith (*Pro Hac Vice* Forthcoming)
**BARTLIT BECK LLP**
54 W. Hubbard Street, Suite 300
Chicago, IL 60654
(312) 494-4400
jason.peltz@bartlitbeck.com
asha.spencer@bartlitbeck.com
rachel.smith@bartlitbeck.com

Giovanni J. Sanchez (*Pro Hac Vice* Forthcoming)
**BARTLIT BECK LLP**
1801 Wewatta St., Suite 1200
Denver, CO 80202
(303) 592-3100
giovanni.sanchez@bartlitbeck.com

*Attorneys for FlightAware LLC*

2